# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | MAGISTRATE NO: 3-10-MJ-312 |
| | § | |
| ORBELIN MARTINEZ | § | |

**ORIGINAL**

2010 SEP 17 PM 4: 03

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum and

1. Name of Detainee and SO Number Only: Orbelin Martinez, 3767-10
   (Detainee further described on the attached page)

2. Detained by: The United States Marshal for the Northern District of Texas
   The Sheriff, Wayne McCollum Detention Center-Ellis County Jail,
   Ellis County, Waxahachie, Texas

3. Detainee is charged in this district by (X) Indictment ( ) Information ( ) Complaint, OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on September 28, 2010 @ 9:00 pm for an Initial Appearance before the United States District Court.

_____
GARY C. TROMBLAY
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                                         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated Signed Sept 16, 2010

_____
PAUL D. STICKNEY
United States Magistrate Judge

(CHARGES: Poss w/int to Dist Heroin, a Schedule I controlled substance)