

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § 3-10CR-278-D |
| | § |
| ORBELIN MARTINEZ, JR. (01) | § |

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(i))

On or about August 31, 2010, in the Dallas Division of the Northern District of Texas, the defendant, **Orbelin Martinez, Jr.**, did knowingly possess with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(i).

Indictment - Page 1

A TRUE BILL.

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
Gary C. Tromblay
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8638
Facsimile: 214.767.4913
E-mail: gary.tromblay@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ORBELIN MARTINEZ, JR.

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(A)(i)
Possession With Intent to Distribute a
Controlled Substance

1 Count

A true bill rendered

_____
DALLAS

Filed in open court this_____ day of October, 2010, A.D.

_____
                                                                          Clerk
No Warrant to be issued

_____
UNITED STATES MAGISTRATE/ DISTRICT JUDGE
Magistrate Complaint #3-10-MJ-313  Pending

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____
Search Warrant Case Number _____
R 20 from District of _____
Magistrate Case Number: 3-10-CR-278-D

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   Defendant Name: **ORBELIN MARTINEZ, JR.**
   Alias Name: _____
   Address: _____

   County in which offense was committed: _____

   *RECEIVED OCT - 6 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

2. **U.S. Attorney Information**

   **AUSA GARY C. TROMBLAY**      Bar # LA Bar Roll No. 22665

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - NO WARRANT

   ☐ Already in Federal Custody
   ☒ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. § 841(a)(1) and (b)(1)(A)(i) | Possession With Intent to Distribute a Controlled Substance | 1 |

   September 21, 2010        Signature of AUSA: _____
                                                  GARY C. TROMBLAY